■ DOUG BURNETT et al., Respondents, v COLUMBUS MCKINNON CORPORATION, Appellant. [908 NYS2d 379]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered August 18, 2009. The order, insofar as appealed

from, denied in part the motion of defendant for summary judgment.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on September 8, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.